# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **SETH TAYLOR,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DAVIDSON COUNTY SHERIFF'S OFFICE, et al.,**<br><br>**Defendants** | **Case No.: 3:16-cv-03257**<br><br>**District Judge Aleta A. Trauger**<br>**Magistrate Judge Barbara D. Holmes** |

## JOINT MOTION FOR STAY PENDING SETTLEMENT

This is an action brought under 42 U.S.C. § 1983 by Plaintiff Seth Taylor. On June 13, 2022, the Court issued its ruling granting in part and denying in part the defendants' motion for summary judgment. (Doc. No. 108.) Following that ruling, the sole remaining defendant is Defendant James LeMaster. The case is set for trial on December 13, 2022, with other pre-trial deadlines set before that date. (Doc. No. 109.) The Court has reserved setting a schedule for expert discovery. (Doc. No. 92.)

The parties jointly advise the Court that they have agreed in principle to settle the case, and respectfully move the Court to stay all pending deadlines and continue the trial date. The proposed settlement is contingent on Metropolitan Council approval. The process of presenting the matter to the Council will take approximately five weeks. The parties also require additional time to fully document the settlement.

If the requested stay is granted, the parties agree to provide the Court an update regarding the status of case resolution and any continued need for a stay by November 18, 2022, or at any other time as the Court orders.

Dated: September 14, 2022

Respectfully submitted,

*s/ Overton Thompson III*
Overton Thompson III (BPR # 11163)
Jeff H. Gibson (BPR # 26321)
Brian F. Irving (BPR # 33945)
BASS BERRY & SIMS PLC
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-0442
othompson@bassberry.com
jgibson@bassberry.com
birving@bassberry.com

*Counsel for Plaintiff Seth Taylor*


*s/ Allison Bussell (with permission)*
Allison Bussell (BPR # 23538)
Michael R. Dohn (BPR # 37535)
DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
Telephone: (615) 862-6341
Facsimile: (615) 862-6352
allison.bussell@nashville.gov
michael.dohn@nashville.gov

*Counsel for Defendant James LeMaster*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September, 2022, I electronically filed the following document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allison Bussell
Michael R. Dohn
DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
Telephone: (615) 862-6341
Facsimile: (615) 862-6352
allison.bussell@nashville.gov
michael.dohn@nashville.gov

                                                         *s/ Overton Thompson III*
                                                         Overton Thompson III

3
Case 3:16-cv-03257   Document 110   Filed 09/14/22   Page 3 of 3 PageID #: 868