IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SETH TAYLOR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:16-cv-3257 |
| | ) | Judge Trauger |
| DAVIDSON COUNTY SHERIFF'S OFFICE, ET AL., | ) | |
| Defendants. | ) | |

**O R D E R**

The Joint Motion for Stay Pending Settlenent (Docket No. 110) is GRANTED in all respects. All deadlines are hereby STAYED, and the trial and pretrial conference are removed from the court's calendar.

It is hereby ORDERED that the parties shall file a status report on the resolution of this case by November 18, 2022.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge