# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **SETH TAYLOR,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DAVIDSON COUNTY SHERIFF'S OFFICE, et al.,**<br><br>**Defendants** | **Case No.: 3:16-cv-03257**<br><br>**District Judge Aleta A. Trauger**<br>**Magistrate Judge Barbara D. Holmes** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This is an action brought under 42 U.S.C. § 1983 by Plaintiff Seth Taylor. On September 14, 2022, the Court issued an order staying all deadlines in the case pending finalization of a settlement in principle between the parties. (Doc. No. 110.) The parties have now reached an agreement to settle the case, under which each party is to bear its own fees and costs. Accordingly, the parties hereby file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 14, 2022

        Respectfully submitted,

        *s/ Overton Thompson III*
        Overton Thompson III (BPR # 11163)
        Jeff H. Gibson (BPR # 26321)
        Brian F. Irving (BPR # 33945)
        BASS BERRY & SIMS PLC
        150 Third Ave. South, Suite 2800
        Nashville, Tennessee 37201-3001
        Telephone: (615) 742-6200
        Facsimile: (615) 742-0442
        othompson@bassberry.com
        jgibson@bassberry.com
        birving@bassberry.com

        *Counsel for Plaintiff Seth Taylor*

        *s/ Allison Bussell (with permission)*
        Allison Bussell (BPR # 23538)
        Michael R. Dohn (BPR # 37535)
        DEPARTMENT OF LAW OF THE
        METROPOLITAN GOVERNMENT OF
        NASHVILLE AND DAVIDSON COUNTY
        Metropolitan Courthouse, Suite 108
        P.O. Box 196300
        Nashville, Tennessee 37219
        Telephone: (615) 862-6341
        Facsimile: (615) 862-6352
        allison.bussell@nashville.gov
        michael.dohn@nashville.gov

        *Counsel for Defendant James LeMaster*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2022, I electronically filed the following document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allison Bussell
Michael R. Dohn
DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
Telephone: (615) 862-6341
Facsimile: (615) 862-6352
allison.bussell@nashville.gov
michael.dohn@nashville.gov

*s/ Overton Thompson III*
Overton Thompson III